FILED
OCT 13 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PA

DARREN L. WANAMAKER
　　　　　PLAINTIFF
　　　V.　　　　　　　　　CASE NO. 3:17-CV-133-KRG-KAP
PA D.O.C.
　　　ET AL
JUDITH BLOOM
　　　　　DEFENDANT

## MOTION TO SETTLE

AND NOW COMES PLAINTIFF FORTHWITH PROVIDED WITH BELIEF THAT THE ACTION TO REMEDY THE CASE AT LARGE WILL COMPEL DEFENDANT TO ACCEPT AN OFFER TO SETTLE. BASED ON EVIDENCE PERTINENT TO DEFENDANTS PART OF CLAIMS ALLEGATIONS AS WELL AS THE REAL FACT THAT THE PLAINTIFFS RIGHTS WERE EGREGIOUSLY VIOLATED. THE PLAINTIFFS MOTION IS TO MOVE THE COURT TO GIVE THE PLAINTIFF REMEDY

THE PLAINTIFF WILL SETTLE FOR NOT MORE 50K AND NOT LESS 20K

RESPECTFULLY
[signature]